IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HAROLD D. HORNSBY, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:24-CV-2663-E-BW |
| | § | |
| GINA K. GRIPPANDO, | § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), received on October 23, 2024 (Dkt. No. 4.), is **DENIED**.

The Plaintiff shall pay the $405.00 filing and administrative fees on or before November 25, 2024, or this action will be **DISMISSED** without prejudice and without further notice by separate judgment.

**SO ORDERED** this 15th day of November, 2024.

ADA BROWN
UNITED STATES DISTRICT JUDGE