IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HAROLD D. HORNSBY, § | |
| Plaintiff, § | |
| § | |
| v.  § | No. 3:24-CV-2663-E-BW |
| § | |
| HOWARD LUTNICK, et al. § | |
| Defendants. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND <u>RECOMMENDATION</u> <u>OF THE UNITED STATES MAGISTRATE JUDGE</u>**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. (ECF. Nos. 88; 89; 90; 91).[1] The District Judge has made a de novo review of those portions of the FCR to which objections were made and has reviewed all other portions of the FCR for plain error. The Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendants motion to dismiss (ECF. No. 45) is **GRANTED**, and, by separate judgment, the court will **DISMISS WITHOUT PREJUDICE** Plaintiff's claims against Defendant Equal Employment Opportunity Commission and Defendant Merit Systems Protection Board for lack of subject matter jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(1), and **DISMISS WITH PREJUDICE** Plaintiff's remaining claims against all other Defendants for failure to state a claim upon which relief can be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6).

**SO ORDERED** on this 6th day of January, 2026.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE

---

[1] The Court construes each of these filings as objections.