IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HAROLD D. HORNSBY,<br>　　　Plaintiff, | § <br> § <br> § | |
| v. | § <br> § | No. 3:24-CV-2663-E-BW |
| HOWARD LUTNICK, et al.<br>　　　Defendants. | § <br> § <br> § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

On January 18, 2026, Plaintiff Harold D. Hornsby filed a motion seeking review of the judgment entered in this case under "Rule 59(e) and/or Rule 60(b)." (Dkt. No. 94.)  On April 27, 2026, Hornsby filed a motion to reopen his case and amend his complaint (Dkt. No. 98), along with a proposed amended complaint (Dkt. 99).  On May 12, 2026, the United States Magistrate Judge made findings, conclusions, and a recommendation that Hornsby's Motion to Alter Judgment (Dkt. No. 94) and his Motion to Reopen and Amend (Dkt. 98) be denied.  (Dkt. No. 102 ("FCR").)

Hornsby filed objections on May 25, 2026 (Dkt. No. 103 and on May 27, 2026 (Dkt. No. 104).  These filings appear to be substantially similar, if not identical (*compare* Dkt. No. 103 *with* Dkt. No. 104), except that the second filing has been styled as a motion (*see* Dkt. No. 104). The gist of Hornsby's objection is that the FCR purportedly "failed to address, analyze, or finally resolve Hornsby's Rules 12(b)(1), 12 (b)(6), 12(d), Rule 56, Rule 60(b)(1)(3)(4) and Rule 60(b)(6) claims raised in this Rule 59(3) motion."  (*See* Dkt. No. 103 at ECF p.1; Dkt. No. 104 at ECF p. 1.)

The District Judge has made a *de novo* review of those portions of the FCR to which objections were made and has reviewed all other portions of the FCR for plain error.  In sum,

-2-

Hornsby fails to meet either of the other two narrow purposes for altering, amending, or otherwise reconsidering the Court's order in accordance with Rule 59(e) and persists in advancing arguments for which there are no grounds for relief.  (*See generally* FCR.)  Therefore, Hornsby's objections to the FCR (Dkt. Nos. 103, 104) are **OVERRULED**, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Hornsby's Motion to Alter Judgment (Dkt. No. 94) is **DENIED**, and his Motion to Reopen and Amend (Dkt. 98) is **DENIED**.  To the extent that Hornby's second set of objections could be construed (Dkt. No. 104) as a motion, it is **DENIED**

**SO ORDERED** on this 29th day of May, 2026.

ADA BROWN
UNITED STATES DISTRICT JUDGE

-2-